CHAD A. READLER
Acting Assistant Attorney General
Civil Division
ELIZABETH SHAPIRO
Deputy Branch Director
RHETT P. MARTIN
Trial Attorney
DC Bar No. 999272
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8460
Rhett.martin@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** | ) |
| | ) **Civil Action No. 1:18cv00894-RC** |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |

**ANSWER TO COMPLAINT**

Defendant United States Department of Justice ("DOJ") hereby responds to Plaintiff's Complaint (Dkt. No. 1). In response to the numbered paragraphs of the Complaint, Defendant responds as follows, using the same paragraph numbering as is found in the Complaint:

1. This paragraph sets forth legal conclusions and allegations of subject matter jurisdiction, to which no response is required.

2. This paragraph sets forth legal conclusions and allegations regarding legal venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

4. Defendant admits the allegations set forth in the first sentence of this paragraph. The second sentence of this paragraph is a legal conclusion, to which no response is required.

5. Defendant admits that Plaintiff submitted a FOIA request to the Federal Bureau of Investigation ("FBI") on March 16, 2018.

6. Defendant admits the allegations in this paragraph.

7. Defendant admits the allegations in this paragraph.

8. Defendant incorporates its responses to paragraphs 1 through 7.

9. This paragraph sets forth legal conclusions, to which no response is required; to the extent a response is deemed required, Defendant denies the allegations in this paragraph.

10. This paragraph sets forth legal conclusions, to which no response is required; to the extent a response is deemed required, Defendant denies the allegations in this paragraph.

11. This paragraph sets forth legal conclusions, to which no response is required.

12. This paragraph sets forth legal conclusions, to which no response is required.

The remainder of the Complaint consists of Plaintiff's request for relief, to which no response is required; to the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief at all.

Except to the extent expressly admitted or qualified above, Defendant denies each and every allegation of the Complaint.

Date: June 13, 2018

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General
        Civil Division

        JESSIE K. LIU
        United States Attorney for the District of Columbia

        ELIZABETH SHAPIRO
        Deputy Branch Director


        s/ *Rhett P. Martin*_____
        Rhett P. Martin (DC Bar No. 999272)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave. NW
        Washington, DC 20530
        Rhett.Martin@usdoj.gov
        Phone: (202) 305-7538