# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | Case No. 18-cv-00894-RC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Judicial Watch, Inc., with the concurrence of Defendant United States Department of Justice, voluntarily dismisses all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

Dated:  September 26, 2018          Respectfully submitted,

/s/ *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

*Counsel for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JESSIE K. LIU
United States Attorney for the District of Columbia

ELIZABETH SHAPIRO
Deputy Branch Director


/s/  *Rhett P. Martin*
Rhett P. Martin (DC Bar No. 999272)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Rhett.Martin@usdoj.gov
Phone: (202) 305-7538

*Counsel for Defendant*